UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BYRON FELTON,

                                                                              **C/A # 2:09-cv-12063**

     Plaintiff,                                                       **Hon. Patrick J. Duggan**

-vs-

CIVIC PROPERTY AND CASUALTY
COMPANY,

     Defendant.

**STIPULATION FOR DISMISSAL OF DEFENDANT
WITH PREJUDICE AND WITHOUT COSTS**

       The parties hereto, by and through their respective attorneys, hereby stipulate that the above-entitled action be dismissed with prejudice and without costs to either party.

| | |
|---|---|
| /s/Allen J. Counard | /s/Mark S. Hayduk |
| **ALLEN J. COUNARD [P12268]** | **MARK S. HAYDUK (P25850)** |
| *Counard & Heilmann, PLLC* | *Hayduk, Andrews & Brucker, P.C.* |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2320 W. Jefferson Ave. | 615 Griswold, Ste. 1515 |
| Trenton, MI 48183 | Detroit, MI 48226 |
| 734/ 692-0033 | 313/ 962-4500 |
| Fax/ 692-0925 | Fax/ 964-6577 |
| acounard@candhlawfirm.com | mshayduk@haydukandrews.com |

       IT IS SO ORDERED.

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: November 12, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 12, 2009, by electronic and/or ordinary mail.

                s/Marilyn Orem
                Case Manager